## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTATE OF OGWO, et. al., | : | |
| | : | **No.** |
| Plaintiff/Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| TREDYFFRIN TWP., et. al., | : | |
| | : | |
| Defendants. | : | |

### PLAINTIFF'S MOTION IN SUPPORT OF MISCELLANEOUS ACTION TO ISSUE SUBPOENA

**AND NOW** come the Plaintiffs, by and through their attorney, Jeffrey S. Nowak, Esq., and set forth the following in support of their request to open a miscellaneous file in the United States District Court for the Eastern District of Pennsylvania:

1.      The within action was commended on September 2, 2025, in the Common Pleas Court of Chester County Pennsylvania Civil Division and assigned Docket No. 2025-05932.

2.      The within action is a wrongful death matter wherein on September 2, 2024, Plaintiffs' three (3) year old son drowned in a pond located in a park controlled and operated by Defendant Tredyffrin Township.

3.      The action against Defendant Tredyffrin Township has since been resolved, and the matter remains open and in the discovery phase.

4.      On the day of the accident, Plaintiffs' three-year-old son was being cared for by a nanny from Jamaica, to wit, Imani Lewis.

1

5. Imani Lewis was charged with criminal conduct and subsequently plead guilty to involuntary manslaughter and was deported by Immigration Customs Enforcement ("ICE") to her country of origin, Jamaica on or about March 20, 2025, in the matter of: <u>Commonwealth of Pennsylvania v. Imani Lewis</u>, Chester County Court of Common Pleas, Docket No. 2996-2024.

6. On or about April 6, 2026, counsel for the Plaintiffs caused to be served via certified mail a State Court Subpoena *Duces Tecum* seeking immigration documents related to Imani Lewis to aid in the prosecution of the pending State Court wrongful death action. <u>See</u> Exhibit "A" hereto.

7. The United States Postal Service tracking information states that the U.S.C.I.S. Office of Chief Counsel was served on April 13, 2026, with Plaintiffs' Subpoena. <u>See</u> attached Exhibit "B".

8. Plaintiff have not received a reply from the Office of Chief Counsel, and all attempts to contact the U.S.C.I.S. Office of Chief Counsel regarding a reply to the Subpoena *Duces Tecum* have failed.

9. Plaintiffs now seek to open the within matter for the purpose of issuing Federal Subpoenas to the following agencies:

*Subpoena No. 1*       U.S.C.I.S.
                       US Office of Chief Counsel
                       5900 Capital Gateway Drive
                       Mail Stop 2120
                       Camp Springs, MD 20588-0009

| | |
|---|---|
| *Subpoena No. 2* | USCIS Philadelphia Field Office<br>30 N. 41st St.<br>Phila., PA 19104 |
| *Subpoena No. 3* | ICE Philadelphia Field Office<br>114 N. 8th St.<br>Phila., PA 19107 |

10.    More specifically, Plaintiffs seek information related to the immigration status of Defendant Imani Lewis and more specifically as set forth on the Rider attached to the State Court Subpoena, Exhibit "A" hereto.

11.    Plaintiffs seek information which may lead to the identity of additional defendants in the state court wrongful death action.

12.    Plaintiffs respectfully submit that good cause exists to open a miscellaneous action for the purpose of requesting the Clerk of the United States District Court for the Eastern District of Pennsylvania issue subpoenas *Duces Tecum* to the above cited Federal Agencies.

[This area intentionally left blank]

WHEREFORE, Plaintiffs respectfully submit that good cause exists to accept and grant the within request to open a miscellaneous matter for the purpose of issuing Federal Subpoenas as set forth herein.

Respectfully Submitted,
NOWAK LAW, P.C

By:_____
Jeffrey S. Nowak, Esq.
PA ID No. 55124
95 Almshouse Road, Suite 305
Richboro, PA 18954
(215) 364-3700
Fax: (215) 364-3701
Email: Jefnwk@comcast.net
*Attorneys for Plaintiffs, The Estate of Ogwo, Deceased*

Dated: June 16, 2026

4